

FILED IN CHAMBERS
U.S.D.C. Atlanta

AUG 2 6 2025

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

MELISSA MCAFEE

Criminal Indictment

No. 1:25-CR-0387

UNDER SEAL

THE GRAND JURY CHARGES THAT:

## Count One
## 18 U.S.C. § 1029(a)(3)
### (Possession of 15 or More Unauthorized Access Devices)

1. On or about September 26, 2024, in the Northern District of Georgia, defendant **MELISSA MCAFEE**, aided and abetted by others known and unknown to the Grand Jury, knowingly and with intent to defraud, possessed at least 15 counterfeit and unauthorized access devices, namely stolen gift cards, said possession affecting interstate and foreign commerce, in violation of Title 18, United States Code Sections 1029(a)(3) & (c)(1)(a)(i), and 2.

## Count Two
## 18 U.S.C. § 1708
### (Possession of Stolen Mail)

2. On or about September 26, 2024, in the Northern District of Georgia, defendant **MELISSA MCAFEE**, aided and abetted by others known and unknown to the Grand Jury, did buy, receive, conceal, and unlawfully have in her possession letters, postal cards, packages, bags, and mail, and

articles and things contained therein, which had been stolen, taken, embezzled, and abstracted from a post office, letter box, mail receptacle, mail route, and authorized depository for mail matter, knowing said letters, postal cards, packages, bags, and mail, to have been stolen, taken, embezzled, and abstracted, in violation of Title 18, United States Code, Sections 1708 and 2.

**Counts Three through Ten**
**18 U.S.C. § 1709**
**(Theft of Mail by Postal Employee)**

3. On or about the dates set forth in the following table, in the Northern District of Georgia, defendant **MELISSA MCAFEE**, a United States Postal Service employee and officer, aided and abetted by others known and unknown to the Grand Jury, did, as specified in the following table, embezzle a letter, postal card, package, bag, mail, and article and thing contained therein, and steal, abstract, and remove the letter, package, bag, mail, and article and thing contained therein, which had been entrusted to **MCAFEE** and which had come into **MCAFEE**'s possession intended to be conveyed by mail and carried and delivered by a carrier, messenger, agent, and other person employed in a department of the Postal Service, and forwarded through and delivered from a post office and postal station established by authority of the Postmaster General and of the Postal Service:

2

| Count | Date (on or about) | Item |
|---|---|---|
| 3 | September 16, 2024 | Mail addressed to victim entity N.N.G.C., P.O. Box 813247, Smyrna, GA 30081 |
| 4 | September 16, 2024 | Mail addressed to victim entity S.S., P.O. Box 813566, Smyrna, GA 30081 |
| 5 | September 16, 2024 | Mail addressed to victim K.D. at an address on Donna Lynn Drive, Smyrna, GA |
| 6 | September 16, 2024 | Mail addressed to victim C.G. at an address on Carolyn Drive SE, Smyrna, GA |
| 7 | September 17, 2024 | Mail addressed to victim P.A. at an address on Farmstead Road SE, Smyrna, GA |
| 8 | September 17, 2024 | Mail addressed to victim K.S. at an address on Leighton Woods Court, Smyrna, GA |
| 9 | September 18, 2024 | Mail addressed to victim entity G.F. at an address on South Cobb Drive, Smyrna, GA 30080 |
| 10 | September 18, 2024 | Mail addressed to victim entity G.F. at an address on South Cobb Drive, Smyrna, GA 30080 |

All in violation of Title 18, United States Code, Sections 1709 and 2.

### Count Eleven
### 18 U.S.C. § 510(b)
### (Possession of Stolen United States Treasury Checks)

4. On or about September 26, 2024, in the Northern District of Georgia, defendant **MELISSA MCAFEE**, aided and abetted by others known and unknown to the Grand Jury, with intent to defraud, did buy, sell, exchange, receive, deliver, retain, and conceal Treasury checks of the United States with an aggregate face value exceeding $1,000, knowing that

said checks were stolen, in violation of Title 18, United States Code, Sections 510(b) and 2.

### Forfeiture

5. Upon conviction of one of the offenses alleged in Counts One and Eleven of this Indictment, defendant **MELISSA MCAFEE** shall forfeit, under Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained directly or indirectly as the result of the offense, and, under Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offense in Count One, including, but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of property obtained as a result of the offenses alleged in Counts One and Eleven of this Indictment.

6. Upon conviction of the offense alleged in Count Two of this Indictment, defendant **MELISSA MCAFEE** shall forfeit, under 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, including, but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of property obtained as a result of the offense alleged in Count Two of this Indictment.

7. If, any property subject to forfeiture, as a result of any act or omission of the defendant:

4

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the Defendant up to the value of the forfeitable property.

A ___*True*___ BILL

*Ken Hand*
FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

*Samir Kaushal*

SAMIR KAUSHAL
  *Assistant United States Attorney*
Georgia Bar No. 935285

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

5