IN THE UNITED STATES DISTRICT.COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

V.

MELISSA MCAFEE

Criminal Action No.

1:25-cr-00387-TRJ-CMS

**Victim Disclosure Statement Pursuant to Federal Rule 12.4(a)(2)**

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure,

Dodge County Board of Education                          , who has
(company name)

been identified as an organizational victim in the above-captioned case, makes

the following disclosure:

Is the victim a corporation?

1. List any parent corporation or state that there is no such corporation:

    There is no such corporation.

2. List any publicly held corporation that owns 10% or more of the victim's

stock or state that there is no such corporation:

    There is no such corporation.

The undersigned understands that Rule 12.4(a)(2) of the Federal Rules of

Criminal Procedure requires that a supplemental statement be filed if there is

any change in the information that this statement requires.

Dr. Susan Long

Printed name

10/9/2025

Date

Signature    *Superintendent*

720 College Street
Eastman, GA 31023
478-374-3783
slong@dodge.k12.ga.us