IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

MELISSA MCAFEE

Criminal Action No.

1:25-cr-00387-TRJ-CMS

**Victim Disclosure Statement Pursuant to Federal Rule 12.4(a)(2)**

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure, _Board of Regents of the University System of Georgia_, who has _by and on behalf of the University of Georgia_ (company name) been identified as an organizational victim in the above-captioned case, makes the following disclosure:

Is the victim a corporation?  No

1. List any parent corporation or state that there is no such corporation:

N/A

2. List any publicly held corporation that owns 10% or more of the victim's stock or state that there is no such corporation:

N/A

The undersigned understands that Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure requires that a supplemental statement be filed if there is any change in the information that this statement requires.

Michael M Raeber
_____
Printed name
UGA General Counsel
10/14/25
_____
Date

_____
Signature