RECEIVED

OCT 2 1 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

MELISSA MCAFEE

Criminal Action No.

1:25-cr-00387-TRJ-CMS

**Victim Disclosure Statement Pursuant to Federal Rule 12.4(a)(2)**

Pursuant to Rule 12.4(a)(2) of the Federal Rules of Criminal Procedure,
American Contractors Grading + Paving, INC., who has
(company name)
been identified as an organizational victim in the above-captioned case, makes
the following disclosure:

Is the victim a corporation?

1. List any parent corporation or state that there is no such corporation:
No such corporation

2. List any publicly held corporation that owns 10% or more of the victim's
stock or state that there is no such corporation: No such corporation

The undersigned understands that Rule 12.4(a)(2) of the Federal Rules of
Criminal Procedure requires that a supplemental statement be filed if there is
any change in the information that this statement requires.

Michael K. Touchet

Printed name

_Michael Touchet_

Signature

10/15/25

Date